

# Claims Register as of 10/4/2021
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 326 | Monteleone and McCrory LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 340 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 351 | Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | 5601 Granite Pkwy | Suite 1350 | | Plano | TX | 75024 | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 363 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 415 | California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 | 06/07/2021 | Secured | $0.00 | | Expunged | | |
| 416 | California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 | 06/07/2021 | Secured | $0.00 | | Expunged | | |



**Claims Register as of 10/4/2021**
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 363 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 415 | California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 | 06/07/2021 | Secured | $0.00 | | Expunged | | |
| 416 | California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 | 06/07/2021 | Secured | $0.00 | | Expunged | | |
| 340 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 326 | Monteleone and McCrory LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 351 | Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | 5601 Granite Pkwy | Suite 1350 | | Plano | TX | 75024 | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |